UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

2005 DEC 19 PM 2:40

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO. <u>05-20172-B</u> |
| JAIME WALSH, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, Assistant United States Attorney applies to the Court for a Writ to have Jamie Walsh, R&I #114779, B/M, DOB 10/9/1966, SSN 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, now being detained at the Shelby County Correctional Center, Memphis, Tennessee, to appear before the Honorable U.S. District Judge J. Daniel Breen on December 21, 2005, at 9:30 a.m., for a Report and for such other appearances as this Court may direct.

Respectfully submitted this 19th day of December, 2005.

_____ for C.M.
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN AND GEORGE LITTLE, WARDEN.

YOU ARE HEREBY COMMANDED to have JAIME WALSH appear before the HONORABLE U.S. MAGISTRATE JUDGE J. DANIEL BREEN on the date and time aforementioned.

ENTERED this <u>19</u> day of <u>December</u>, 2005.

_____
U.S. MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>12-20-05</u>



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20172 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT